UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Case No.: 24-11866-CMB |
|---|---|
| Steven Carr<br><br>Debtor | Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF NATIONSTAR MORTGAGE LLC

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, NATIONSTAR MORTGAGE LLC, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Date: June 6, 2024                                            Respectfully submitted,

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Steven Carr<br><br>　　　　　Debtor | Case No.: 24-11866-CMB<br><br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

I, Robert Wendt, attorney for Creditor, do hereby certify that true and correct copies of the foregoing Notice of Entry of Appearance have been served on June 6, 2024 by first class mail, and/or electronic means upon those listed below:

Steven Francis Carr
Debtor
529 Parkway Dr
Fairless Hills, PA 19030

Michael A. Cibik
Attorney for Debtor
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave
Suite 100
Reading, PA 19606

CONTINUED ON NEXT PAGE

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: June 6, 2024

                                               /s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
rwendt@leopoldassociates.com
Attorney ID No. 89150
Leopold & Associates, PLLC
275 Curry Hollow Road, Building 1
Suite 280
Pittsburgh, PA 15236
(914)-219-5787 x490
Attorney for Creditor