IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

|   |   |
|---|---|
| In re: | Case No. 24-11866 (AMC) |
| STEVEN FRANCIS CARR | Chapter 13 |
|   | **OBJECTION TO CONFIRMATION** |

Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease ("Santander"), a secured creditor of the Debtor, objects to the Debtor's Plan for the following reasons:

A.  The Debtor fails to assume the lease for the **2021 Dodge Durango** in the Plan. If the Debtor intends to retain the vehicle, the Plan must call for the assumption of the lease. Presently the lease is rejected in the Plan. If the lease is not assumed, at confirmation, the stay will lift automatically in accordance with §365(p)(3).

/s/ William E. Craig
William E. Craig, attorney for
Santander Consumer USA Inc. dba Chrysler
Capital as servicer for CCAP Auto Lease

Dated: 6/21/24