# Payslip
## Earnings and Deductions

**CITY OF PHILADELPHIA**

Steven F. Carr  
529 Parkway Dr  
Fairless Hills, PA 19030  
US

| | |
|---|---|
| Employee Number | 227818 |
| Department | PPD Police |
| Location | PPD 7800 |
| Payperiod Ending | 2024/04/14 |
| Date Payable | 2024/04/19 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---:|---:|
| Longevity Pay | 0.00 | 220.78 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| | | |
| **Gross Current Earnings** | | **3,725.14** |

| Taxes | Current | YTD |
|---|---:|---:|
| Federal Tax | 454.80 | 3,950.62 |
| Medicare | 54.01 | 452.43 |
| PA State Tax | 114.36 | 957.91 |
| Philadelphia | 128.14 | 1,073.33 |
| PA Unemployment | 2.61 | 21.84 |

| Retro Earnings | Hours | Amount |
|---|---:|---:|
| | | |
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---:|---:|
| Def Comp Flat | 50.00 | 400.00 |
| Plan B | 254.80 | 2,038.40 |

| Total Earnings | Current | YTD |
|---|---:|---:|
| Gross Earnings | 3,725.14 | 31,202.35 |
| Net Earnings | 1,568.88 | 13,306.50 |

| Post Tax Deductions | Current | YTD |
|---|---:|---:|
| Canada Life Ins | 0.00 | 74.40 |
| Union Dues | 35.16 | 281.28 |
| Police Bene Assoc | 3.40 | 27.20 |
| Deferred Comp Loan | 1,058.98 | 8,471.84 |
| Add Life Ins | 0.00 | 9.60 |

| Accruals | | Net Entitlement |
|---|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | | |

| Pension Plan | YTD | LTD |
|---|---:|---:|
| Plan B | 2,038.40 | 96,003.23 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

Page 1

## Payslip
### Earnings and Deductions

**CITY OF PHILADELPHIA**

Steven F. Carr  
529 Parkway Dr  
Fairless Hills, PA 19030  
US

| | |
|---|---|
| Employee Number | 227818 |
| Department | PPD Police |
| Location | PPD 7800 |
| Payperiod Ending | 2024/03/31 |
| Date Payable | 2024/04/05 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 237.34 |
| Meal Allowance | 0.00 | 7.00 |
| Legal Aid | 0.00 | 36.00 |
| Overtime 1_5 NP | 4.00 | 247.95 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 213.24 |
| **Gross Current Earnings** | | **4,047.53** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 524.19 | 3,495.82 |
| Medicare | 58.59 | 398.42 |
| PA State Tax | 124.04 | 843.55 |
| Philadelphia | 138.99 | 945.19 |
| PA Unemployment | 2.82 | 19.23 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 350.00 |
| Plan B | 254.80 | 1,783.60 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 4,040.53 | 27,477.21 |
| Net Earnings | 1,739.56 | 11,737.62 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Add Life Ins | 2.40 | 9.60 |
| Police Bene Assoc | 3.40 | 23.80 |
| Deferred Comp Loan | 1,058.98 | 7,412.86 |
| Canada Life Ins | 18.60 | 74.40 |
| Union Dues | 35.16 | 246.12 |

| Accruals | | Net Entitlement |
|---|---|---|

*The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.*

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 1,783.60 | 95,748.43 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**CITY OF PHILADELPHIA**

**Payslip**
Earnings and Deductions

Page 1

| | |
|---|---|
| Steven F. Carr | Employee Number: 227818 |
| 529 Parkway Dr | Department: PPD Police |
| Fairless Hills, PA 19030 | Location: PPD 7800 |
| US | Payperiod Ending: 2024/03/17 |
| | Date Payable: 2024/03/22 |
| | Payment Method: Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---:|---:|---|---:|---:|
| Longevity Pay | 0.00 | 220.78 | Federal Tax | 454.80 | 2,971.63 |
| Assume Time | 80.00 | 3,306.00 | Medicare | 54.01 | 339.83 |
| Stress Pay | 0.00 | 198.36 | PA State Tax | 114.36 | 719.51 |
| | | | Philadelphia | 128.14 | 806.20 |
| | | | PA Unemployment | 2.61 | 16.41 |
| **Gross Current Earnings** | | **3,725.14** | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---:|---:|---|---:|---:|
| | | | Def Comp Flat | 50.00 | 300.00 |
| | | | Plan B | 254.80 | 1,528.80 |
| **Gross Retro Earnings** | | | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---:|---:|---|---:|---:|
| Gross Earnings | 3,725.14 | 23,436.68 | Canada Life Ins | 0.00 | 55.80 |
| Net Earnings | 1,568.88 | 9,998.06 | Union Dues | 35.16 | 210.96 |
| | | | Police Bene Assoc | 3.40 | 20.40 |
| | | | Deferred Comp Loan | 1,058.98 | 6,353.88 |
| | | | Add Life Ins | 0.00 | 7.20 |

| Accruals | | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---:|---:|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | | | Plan B | 1,528.80 | 95,493.63 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Steven F. Carr
529 Parkway Dr
Fairless Hills, PA 19030
US

| | |
|---|---|
| Employee Number | 227818 |
| Department | PPD Police |
| Location | PPD 7800 |
| Payperiod Ending | 2024/03/03 |
| Date Payable | 2024/03/08 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 220.78 |
| Legal Aid | 0.00 | 36.00 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| **Gross Current Earnings** | | **3,761.14** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 462.72 | 2,516.83 |
| Medicare | 54.54 | 285.82 |
| PA State Tax | 115.47 | 605.15 |
| Philadelphia | 129.38 | 678.06 |
| PA Unemployment | 2.63 | 13.80 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 250.00 |
| Plan B | 254.80 | 1,274.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,761.14 | 19,711.54 |
| Net Earnings | 1,537.06 | 8,429.18 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Add Life Ins | 2.40 | 7.20 |
| Police Bene Assoc | 3.40 | 17.00 |
| Deferred Comp Loan | 1,058.98 | 5,294.90 |
| Canada Life Ins | 18.60 | 55.80 |
| Union Dues | 35.16 | 175.80 |

| Accruals | | Net Entitlement |
|---|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 1,274.00 | 95,238.83 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

**Payslip**
Earnings and Deductions

**CITY OF PHILADELPHIA**

| | |
|---|---|
| Steven F. Carr | Employee Number: 227818 |
| 529 Parkway Dr | Department: PPD Police |
| Fairless Hills, PA 19030 | Location: PPD 7800 |
| US | Payperiod Ending: 2024/02/18 |
| | Date Payable: 2024/02/23 |
| | Payment Method: Direct Deposit |

| Current Earnings | Hours | Amount | | Taxes | Current | YTD |
|---|---|---|---|---|---|---|
| Longevity Pay | 0.00 | 220.78 | | Federal Tax | 454.80 | 2,054.11 |
| Assume Time | 80.00 | 3,306.00 | | Medicare | 54.01 | 231.28 |
| Stress Pay | 0.00 | 198.36 | | PA State Tax | 114.36 | 489.68 |
| | | | | Philadelphia | 128.14 | 548.68 |
| | | | | PA Unemployment | 2.61 | 11.17 |
| **Gross Current Earnings** | | **3,725.14** | | | | |

| Retro Earnings | Hours | Amount | | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| | | | | Def Comp Flat | 50.00 | 200.00 |
| | | | | Plan B | 254.80 | 1,019.20 |
| **Gross Retro Earnings** | | | | | | |

| Total Earnings | Current | YTD | | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Gross Earnings | 3,725.14 | 15,950.40 | | Union Dues | 35.16 | 140.64 |
| Net Earnings | 1,568.88 | 6,892.12 | | Police Bene Assoc | 3.40 | 13.60 |
| | | | | Deferred Comp Loan | 1,058.98 | 4,235.92 |
| | | | | Canada Life Ins | 0.00 | 37.20 |
| | | | | Add Life Ins | 0.00 | 4.80 |

| Accruals | | Net Entitlement | | Pension Plan | YTD | LTD |
|---|---|---|---|---|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | | | | Plan B | 1,019.20 | 94,984.03 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Steven F. Carr  
529 Parkway Dr  
Fairless Hills, PA 19030  
US

Employee Number: 227818  
Department: PPD Police  
Location: PPD 7800  
Payperiod Ending: 2024/02/04  
Date Payable: 2024/02/09  
Payment Method: Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 220.78 |
| Legal Aid | 0.00 | 36.00 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| **Gross Current Earnings** | | **3,761.14** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 462.72 | 1,599.31 |
| Medicare | 54.54 | 177.27 |
| PA State Tax | 115.47 | 375.32 |
| PA Unemployment | 2.64 | 8.56 |
| Philadelphia | 129.38 | 420.54 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 150.00 |
| Plan B | 254.80 | 764.40 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,761.14 | 12,225.26 |
| Net Earnings | 1,537.05 | 5,323.24 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Police Bene Assoc | 3.40 | 10.20 |
| Union Dues | 35.16 | 105.48 |
| Add Life Ins | 2.40 | 4.80 |
| Deferred Comp Loan | 1,058.98 | 3,176.94 |
| Canada Life Ins | 18.60 | 37.20 |

| Accruals | | Net Entitlement |
|---|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 764.40 | 94,729.23 |

**FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.**