## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                    )    Chapter: 13
                                          )    Case No. 24-11866
**STEVEN FRANCIS CARR**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his appearance as counsel for and on

behalf of Santander Consumer USA Inc. creditors in the above-captioned matter, and hereby requests,

pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"); and, pursuant

to Rules 2002 and 9001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 342, that copies

of all notices and pleadings given or filed in this case be given and served upon the party listed

below at the following address and telephone number:

> William E. Craig, Esquire
> Eisenberg, Gold & Agrawal, P.C.
> 1040 N. Kings Highway, Suite 200
> Cherry Hill, NJ 08034
> Telephone: 856-330-6200
> Facsimile: 856-330-6207
> wcraig@egalawfirm.com

Please take further notice that the foregoing request includes not only the notices and

papers referred to in the Rules specified above, but also includes, without limitation, any order,

notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or

informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

telegraph, telex, or otherwise filed or made with regard to the referenced case and proceeding

herein.

This Notice of Appearance and Request for Service of Papers, and any subsequent

appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of Santander

Consumer USA Inc. right: (i) to have final orders in non-core matters entered only after *de novo*

review by a district judge, (ii) to trial by jury in any proceeding so triable herein or in any case,

controversy or proceeding related hereto, (iii) to have the reference withdrawn by the United States

District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) other rights,

claims, actions, defenses, setoffs or recoupments to which Santander Consumer USA Inc.

is or may be entitled, in law, or in equity, all of which rights, claims, actions, defenses, setoffs,

and recoupments Santander Consumer USA Inc. expressly reserve.

Respectfully submitted,

EISENBERG, GOLD & AGRAWAL, P.C.

By: ___*/s/ William E. Craig*_____
        William E. Craig
        1040 N. Kings Highway, Suite 200
        Cherry Hill, NJ 08034
        Telephone:  856-330-6200
        Facsimile:  856-330-6207
        wcraig@egalawfirm.com
        *Counsel to Santander Consumer USA Inc.*
        *dba Chrysler Capital as servicer for*
        *CCAP Auto Lease*

Dated:  August 26, 2024