| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11866-AMC**

| | |
|---|---|
| Steven Francis Carr | Petition Filed Date: 05/31/2024 |
| 529 Parkway Dr | 341 Hearing Date: 07/19/2024 |
| Fairless Hls  PA    19030-3242 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/2024 | $280.00 | | | | | | | |

**Total Receipts for the Period: $280.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $14,093.64 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $9,323.23 | $0.00 | $0.00 |
| 3 | UPSTART NETWORK INC<br>»» 003 | Unsecured Creditors | $18,008.78 | $0.00 | $0.00 |
| 4 | CHRYSLER CAPITAL AUTO LEASE LTD<br>»» 004 | Unsecured Creditors | $695.25 | $0.00 | $0.00 |
| 5 | FIRST NATIONAL BANK OF OMAHA<br>»» 005 | Unsecured Creditors | $978.54 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP LLC<br>»» 006 | Unsecured Creditors | $1,975.63 | $0.00 | $0.00 |
| 7 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $7,409.19 | $0.00 | $0.00 |
| 8 | AFFIRM INC<br>»» 008 | Unsecured Creditors | $2,064.27 | $0.00 | $0.00 |
| 9 | WYNDHAM VACATION RESORTS INC<br>»» 009 | Secured Creditors | $42,321.98 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $3,979.37 | $0.00 | $0.00 |
| 11 | ALLY BANK aka ALLY FINANCIAL<br>»» 011 | Unsecured Creditors | $888.69 | $0.00 | $0.00 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»» 012 | Unsecured Creditors | $3,269.21 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK<br>»» 013 | Unsecured Creditors | $862.73 | $0.00 | $0.00 |
| 14 | RESURGENT RECEIVABLES LLC<br>»» 014 | Unsecured Creditors | $11,143.56 | $0.00 | $0.00 |
| 15 | BMW FINANCIAL SERVICES NA<br>»» 015 | Unsecured Creditors | $25,060.00 | $0.00 | $0.00 |
| 16 | RESURGENT RECEIVABLES LLC<br>»» 016 | Unsecured Creditors | $1,195.06 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11866-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 17 | MERRICK BANK<br>»» 017 | Unsecured Creditors | $1,088.49 | $0.00 | $0.00 |
| 18 | RESURGENT RECEIVABLES LLC<br>»» 018 | Unsecured Creditors | $554.55 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 019 | Unsecured Creditors | $673.75 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $978.97 | $0.00 | $0.00 |
| 21 | QUANTUM3 GROUP LLC<br>»» 021 | Unsecured Creditors | $1,450.10 | $0.00 | $0.00 |
| 22 | RESURGENT RECEIVABLES LLC<br>»» 022 | Unsecured Creditors | $3,812.56 | $0.00 | $0.00 |
| 23 | ELAN FINANCIAL SERVICES<br>»» 023 | Unsecured Creditors | $4,421.76 | $0.00 | $0.00 |
| 24 | NATIONSTAR MORTGAGE LLC<br>»» 024 | Mortgage Arrears | $307.06 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP LLC<br>»» 025 | Unsecured Creditors | $2,603.44 | $0.00 | $0.00 |
| 26 | RESURGENT RECEIVABLES LLC<br>»» 026 | Unsecured Creditors | $8,474.16 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,857.78 | $0.00 | $0.00 |
| 28 | RESURGENT RECEIVABLES LLC<br>»» 028 | Unsecured Creditors | $17,262.85 | $0.00 | $0.00 |
| 29 | RESURGENT RECEIVABLES LLC<br>»» 029 | Unsecured Creditors | $13,652.90 | $0.00 | $0.00 |
| 30 | RESURGENT RECEIVABLES LLC<br>»» 030 | Unsecured Creditors | $319.77 | $0.00 | $0.00 |
| 31 | RESURGENT RECEIVABLES LLC<br>»» 031 | Unsecured Creditors | $1,247.71 | $0.00 | $0.00 |
| 32 | RESURGENT RECEIVABLES LLC<br>»» 032 | Unsecured Creditors | $429.81 | $0.00 | $0.00 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 033 | Unsecured Creditors | $3,074.03 | $0.00 | $0.00 |
| 34 | BANK OF AMERICA NA<br>»» 034 | Unsecured Creditors | $3,088.45 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 035 | Unsecured Creditors | $997.07 | $0.00 | $0.00 |
| 36 | MARINER FINANCE LLC<br>»» 036 | Unsecured Creditors | $406.78 | $0.00 | $0.00 |
| 37 | RESURGENT CAPITAL SERVICES<br>»» 037 | Unsecured Creditors | $7,567.22 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11866-AMC**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $560.00 | Current Monthly Payment: | $280.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $56.00 | Total Plan Base: | $16,800.00 |
| Funds on Hand: | $504.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.