IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | 24-11866 (AMC) |
| STEVEN FRANCIS CARR | ) | |
| | ) | |
| **Debtor(s)** | ) | Chapter 13 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. hereby certifies as follows:

1. I am the attorney for Chrysler Capital and am fully familiar with the facts of this case.
2. On August 30, 2024, I served by electronic means and by regular mail, a copy of the Notice of Motion, Motion for Stay Relief And Co-Debtor Relief, and proposed Order to the following individuals:

| Debtor | Co-Debtor | Debtor's Attorney |
|---|---|---|
| Steven Francis Carr | Melanie Riccobono | Michael A. Cibik, Esq. |
| 529 Parkway Dr. | 73 Freedom Rd. | Cibik Law, P.C. |
| Fairless Hills, PA 19030 | Sewell, NJ 08080 | 1500 Walnut Street |
| | | Suite 900 |
| | | Philadelphia, PA 19102 |

| Office of the US Trustee | Trustee |
|---|---|
| Robert N.C. Nix Federal Building | Scott F. Waterman |
| 900 Market Street | Chapter 13 Trustee |
| Suite 320 | 2901 St. Lawrence Ave. |
| Philadelphia, PA 19107 | Suite 100 |
| | Reading, PA 19606 |

Date: 8/30/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania