IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: STEVEN FRANCIS CARR ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL AS SERVICER ) | |
| FOR CCAP AUTO LEASE LTD. ) | Case No.: 24-11866 (AMC) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date: 9-18-24 at 10:00 AM** |
| ) | |
| STEVEN FRANCIS CARR ) | 11 U.S.C. 362 |
| MELANIE RICCOBONO ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Motion, and proposed Order on August 30,, 2024 as shown in the Certification of Service filed in this matter, that more than 15 days have passed and that I have received no objection as of this date either oral or written to the Motion.

I respectfully request that the Court grant Santander's Motion For Relief From The Automatic Stay And Co-Debtor Stay, enter the attached Order, and cancel the hearing scheduled for September 18, 2024.

Date: 9/17/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital as Servicer For CCAP Auto Lease LTD