IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: STEVEN FRANCIS CARR ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL AS SERVICER ) | |
| FOR CCAP AUTO LEASE LTD. ) | Case No.: 24-11866 (AMC) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date: 9-18-24 at 10:00 AM** |
| ) | |
| STEVEN FRANCIS CARR ) | 11 U.S.C. 362 |
| MELANIE RICCOBONO ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| SCOTT F. WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd., under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's state court rights in the personal property described as a **2021 Dodge Durango** bearing vehicle identification number 1C4SDJCT8MC725116 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE