IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE: )
) 24-11866 (AMC)
STEVEN FRANCIS CARR )
)
**Debtor(s)** ) Chapter 13
)
)

## CERTIFICATE OF SERVICE

WILLIAM E. CRAIG, attorney for Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. hereby certifies as follows:

1. I am the attorney for Chrysler Capital and am fully familiar with the facts of this case.

2. On September 17, 2024, I served by electronic means and by regular mail, a copy of the Certificate Of No Response and proposed Order to the following individuals:

| Debtor | Co-Debtor | Debtor's Attorney |
|---|---|---|
| Steven Francis Carr | Melanie Riccobono | Michael A. Cibik, Esq. |
| 529 Parkway Dr. | 73 Freedom Rd. | Cibik Law, P.C. |
| Fairless Hills, PA 19030 | Sewell, NJ 08080 | 1500 Walnut Street |
| | | Suite 900 |
| | | Philadelphia, PA 19102 |

Office of the US Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Trustee
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Date: 9/17/24

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania