**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Steven** | **Francis** | **Carr** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Pennsylvania**

Case number (if known): **24-11866**

☑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors  12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
- ☐ No
- ☑ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
- ☑ No. Go to line 3.
- ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
  - ☐ No
  - ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

  Name of your spouse, former spouse, or legal equivalent
  Number  Street
  City  State  ZIP Code

**3.** In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**
Name: **Carr, Nanci**
Number Street: **529 Parkway Dr**
City State ZIP Code: **Fairless Hls, PA 19030-3242**

- ☑ Schedule D, line **2.1, 2.3**
- ☑ Schedule E/F, line **4.25**
- ☑ Schedule G, line _____

**3.2**
Name: **Melanie Riccobono**
Number Street: **73 Freedom Rd**
City State ZIP Code: **Sewell, NJ 08080**

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.4, 4,26, 4.40**
- ☑ Schedule G, line **2.1, 2.3, 2.4**

Official Form 106H  **Schedule H: Codebtors**  page **1** of **1**

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Steven** | **Francis** | **Carr** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **Eastern District of Pennsylvania** | | | |
| Case number (if known) | **24-11866** | | | ☑ Check if this is an amended filing |

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                              12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Steven Francis Carr**

Steven Francis Carr, Debtor 1

Date **12/10/2024**
     MM/ DD/ YYYY

Official Form 106Dec              **Declaration About an Individual Debtor's Schedules**