United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-11866-amc
Steven Francis Carr                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                Page 1 of 5
Date Rcvd: Apr 17, 2025                       Form ID: 155                               Total Noticed: 86

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Steven Francis Carr, 529 Parkway Dr, Fairless Hls, PA 19030-3242 |
| 14896931 | + | Bucks County Tax Claim Bureau, c/o KELLY LYN EBERLE, Grim Biehn & Thatcher, 104 S. 6th Street, Perkasie, PA 18944-1353 |
| 14893160 | + | Bucks County Tax Claim Bureau, 55 E Court St, Doylestown, PA 18901-4318 |
| 14896930 | + | Bucks County Tax Claim Bureau, c/o MICHAEL KEVIN MARTIN, Grim, Biehn & Thatcher, P.O. Box 215, Perkasie, PA 18944-0215 |
| 14893161 | | Bucks County Water & Sewer Authority, Attn: Bankruptcy, 1275 Almshouse Rd, Warrington, PA 18976-1209 |
| 14893173 | | Falls Township Tax Collector, 188 Lincoln Hwy, Fairless Hls, PA 19030-1016 |
| 14893185 | | Nanci Carr, 529 Parkway Dr, Fairless Hls, PA 19030-3242 |
| 14895417 | + | Nationstar Mortgage LLC, c/o ROBERT PATRICK WENDT, Leopold and Associates, PLLC, 80 Business Park Drive, Suite 110 Armonk, NY 10504-1704 |
| 14893186 | + | Pennsbury School District, 134 Yardley Ave, Levittown, PA 19054-1194 |
| 14919464 | + | Santander Consumer USA Inc, c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14900306 | + | Santander Consumer USA Inc., c/o William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |
| 14900375 | + | Santander Consumer USA Inc. dba Chrysler Capital, as servicer for CCAP Auto Lease Ltd., c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200 Cherry Hill, NJ 08034-1925 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14896390 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:34:36 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893152 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 18 2025 02:34:36 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14895627 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 02:34:56 | Ally Bank Lease Trust, c/o AIS Port, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14895354 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 02:34:38 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14904411 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 02:34:38 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14893153 | | Email/Text: ally@ebn.phinsolutions.com | Apr 18 2025 02:27:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14904888 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2025 02:45:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14893154 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2025 02:45:27 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14893155 | | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14893159 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 18 2025 02:27:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14894954 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 02:35:03 | BMW Financial Services, Attn: Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 14895109 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 02:45:24 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14905553 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2025 02:34:35 | BMW Financial Services NA, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14893156 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2025 02:34:35 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14913379 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2025 02:27:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14893157 | | Email/Text: BarclaysBankDelaware@tsico.com | Apr 18 2025 02:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14893158 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 18 2025 02:27:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14895106 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2025 02:34:54 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 14893162 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:28:00 | CCAP Auto Lease Ltd., P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14904224 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2025 02:45:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14893163 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:34:39 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14893164 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:34:55 | Cbna, Attn: Centralized Bankruptcy/Citicorp, PO Box 790034, St Louis, MO 63179-0034 |
| 14893165 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:34:54 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14893166 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:34:39 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14893167 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:35:07 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14893168 | ^ | MEBN | Apr 18 2025 02:45:26 | Citicard, Citicorp Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14893169 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2025 02:24:44 | Coastl/prosp, Attn: Bankruptcy Dept Attn: Bankruptcy D, 221 main Street , Ste 400, San Francisco, CA 94105-1913 |
| 14893170 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2025 02:27:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14893171 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2025 02:27:00 | Comenity Capital, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14893172 | | Email/Text: mrdiscen@discover.com | Apr 18 2025 02:34:50 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14893181 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2025 02:27:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| | | | Apr 18 2025 02:34:39 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |

Case 24-11866-amc    Doc 51    Filed 04/19/25    Entered 04/20/25 00:34:54    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 155 | Total Noticed: 86 |

| | | | | |
|---|---|---|---|---|
| 14895227 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 18 2025 02:27:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 14893174 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 18 2025 02:27:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14893175 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2025 02:34:35 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14893176 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 18 2025 02:28:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14893177 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 18 2025 02:27:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14893178 | | Email/Text: bankruptcy.notices@hdfsi.com | Apr 18 2025 02:28:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 14893179 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2025 02:27:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14893180 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2025 02:35:04 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14905688 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2025 02:34:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14893182 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 18 2025 02:27:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14893183 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:27:00 | Mr. Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 14893184 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:27:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 14908909 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 18 2025 02:27:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept. PO Box 619096, Dallas, TX 75261-9741 |
| 14895628 | + | Email/PDF: cbp@omf.com | Apr 18 2025 02:35:05 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 14893187 | | Email/Text: fesbank@attorneygeneral.gov | Apr 18 2025 02:27:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14912654 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2025 02:34:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14893188 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 18 2025 02:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14893189 | ^ | MEBN | Apr 18 2025 02:24:52 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14893190 | + | Email/Text: bankruptcy1@pffcu.org | Apr 18 2025 02:27:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14895662 | + | Email/Text: bankruptcy1@pffcu.org | Apr 18 2025 02:27:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Rd, Bensalem, PA 19020-2022 |
| 14906484 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 02:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 14906485 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2025 02:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14912530 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2025 02:27:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14907256 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 24-11866-amc    Doc 51    Filed 04/19/25    Entered 04/20/25 00:34:54    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 155 | Total Noticed: 86 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 18 2025 02:27:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14905525 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2025 02:34:50 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14893191 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 18 2025 02:28:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14893192 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:34:38 | Syncb/Venmo, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5060 |
| 14914976 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 18 2025 02:35:02 | Synchrony Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14893193 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:34:49 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:34:51 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893195 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:35:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893196 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2025 02:34:35 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14893197 | ^ | MEBN | Apr 18 2025 02:24:48 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14893198 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 18 2025 02:28:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14907934 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 18 2025 02:28:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14893199 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Apr 18 2025 02:28:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14893200 | ^ | MEBN | Apr 18 2025 02:24:38 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14893201 | | Email/Text: bknotice@upgrade.com | Apr 18 2025 02:27:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14893202 | + | Email/Text: LCI@upstart.com | Apr 18 2025 02:27:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14893203 | + | Email/Text: LCI@upstart.com | Apr 18 2025 02:27:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14894938 | ^ | MEBN | Apr 18 2025 02:24:41 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14893205 | | Email/Text: bankruptcydept@wyn.com | Apr 18 2025 02:28:00 | Wyndham Vacation Ownership, Attn: Bankruptcy, P.O. Box 98940, Las Vega, NV 89139-8940 |
| 14893204 | + | Email/PDF: cbp@omf.com | Apr 18 2025 02:34:39 | WebBank/OneMain, Attn: Bankruptcy Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 74

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14904889 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14913333 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

Case 24-11866-amc    Doc 51    Filed 04/19/25    Entered 04/20/25 00:34:54    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 155 | Total Noticed: 86 |

| | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
|---|---|---|
| 14900376 | *+ | Santander Consumer USA Inc. dba Chrysler Capital, as servicer for CCAP Auto Lease Ltd., c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. UNTERLACK | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. aunterlack@hillwallack.com |
| KELLY LYN EBERLE | on behalf of Creditor Bucks County Tax Claim Bureau keberle@grimlaw.com  ksaborsky@grimlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Steven Francis Carr help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL KEVIN MARTIN | on behalf of Creditor Bucks County Tax Claim Bureau mmartin@grimlaw.com  ksaborsky@grimlaw.com |
| ROBERT PATRICK WENDT | on behalf of Nationstar Mortgage LLC paeb@fedphe.com  LeopoldAssociatesPAX6428@projects.filevine.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. wcraig@egalawfirm.com  mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Steven Francis Carr  )  Case No. 24−11866−amc
     )
     )
   Debtor(s).  )  Chapter: 13
     )
     )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 16, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court