Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Steven Francis Carr
529 Parkway Dr
Fairless Hls, PA 19030-3242

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-11866-AMC**

Petition Filed Date: 05/31/2024
341 Hearing Date: 07/19/2024
Confirmation Date: 04/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/01/2025 | $450.00 | | 09/02/2025 | $450.00 | | 10/02/2025 | $450.00 | |
| 11/03/2025 | $450.00 | | 12/03/2025 | $450.00 | | 01/05/2026 | $450.00 | |
| 02/02/2026 | $450.00 | | 03/04/2026 | $450.00 | | 04/01/2026 | $450.00 | |
| 05/04/2026 | $450.00 | | 06/02/2026 | $450.00 | | 07/02/2026 | $450.00 | |

**Total Receipts for the Period: $5,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $10,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $4,625.00 | $4,625.00 | $0.00 |
| 1 | UPSTART NETWORK INC<br>»» 001 | Unsecured Creditors | $14,093.64 | $276.80 | $13,816.84 |
| 2 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $9,323.23 | $183.08 | $9,140.15 |
| 3 | UPSTART NETWORK INC<br>»» 003 | Unsecured Creditors | $18,008.78 | $353.71 | $17,655.07 |
| 4 | CHRYSLER CAPITAL AUTO LEASE LTD<br>»» 004 | Unsecured Creditors | $695.25 | $0.00 | $0.00 |
| 5 | FIRST NATIONAL BANK OF OMAHA<br>»» 005 | Unsecured Creditors | $978.54 | $16.88 | $961.66 |
| 6 | ONEMAIN FINANCIAL GROUP LLC<br>»» 006 | Unsecured Creditors | $1,975.63 | $34.11 | $1,941.52 |
| 7 | POLICE & FIRE FCU<br>»» 007 | Unsecured Creditors | $7,409.19 | $145.49 | $7,263.70 |
| 8 | AFFIRM INC<br>»» 008 | Unsecured Creditors | $2,064.27 | $35.64 | $2,028.63 |
| 9 | WYNDHAM VACATION RESORTS INC<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $3,979.37 | $78.14 | $3,901.23 |
| 11 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 011 | Secured Creditors | $888.69 | $888.69 | $0.00 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»» 012 | Unsecured Creditors | $3,269.21 | $64.21 | $3,205.00 |

**Chapter 13 Case No. 24-11866-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | AMERICAN EXPRESS NATIONAL BANK<br>»» 013 | Unsecured Creditors | $862.73 | $16.98 | $845.75 |
| 14 | RESURGENT RECEIVABLES LLC<br>»» 014 | Unsecured Creditors | $11,143.56 | $218.85 | $10,924.71 |
| 15 | BMW FINANCIAL SERVICES NA<br>»» 015 | Unsecured Creditors | $25,060.00 | $492.19 | $24,567.81 |
| 16 | RESURGENT RECEIVABLES LLC<br>»» 016 | Unsecured Creditors | $1,195.06 | $17.79 | $1,177.27 |
| 17 | MERRICK BANK<br>»» 017 | Unsecured Creditors | $1,088.49 | $16.17 | $1,072.32 |
| 18 | RESURGENT RECEIVABLES LLC<br>»» 018 | Unsecured Creditors | $554.55 | $0.00 | $554.55 |
| 19 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 019 | Unsecured Creditors | $673.75 | $0.00 | $673.75 |
| 20 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 020 | Unsecured Creditors | $978.97 | $16.88 | $962.09 |
| 21 | QUANTUM3 GROUP LLC<br>»» 021 | Unsecured Creditors | $1,450.10 | $18.13 | $1,431.97 |
| 22 | RESURGENT RECEIVABLES LLC<br>»» 022 | Unsecured Creditors | $3,812.56 | $74.85 | $3,737.71 |
| 23 | ELAN FINANCIAL SERVICES<br>»» 023 | Unsecured Creditors | $4,421.76 | $86.88 | $4,334.88 |
| 24 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 024 | Mortgage Arrears | $307.06 | $307.06 | $0.00 |
| 25 | QUANTUM3 GROUP LLC<br>»» 025 | Unsecured Creditors | $2,603.44 | $38.71 | $2,564.73 |
| 26 | RESURGENT RECEIVABLES LLC<br>»» 026 | Unsecured Creditors | $8,474.16 | $166.43 | $8,307.73 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,857.78 | $56.13 | $2,801.65 |
| 28 | RESURGENT RECEIVABLES LLC<br>»» 028 | Unsecured Creditors | $17,262.85 | $339.04 | $16,923.81 |
| 29 | RESURGENT RECEIVABLES LLC<br>»» 029 | Unsecured Creditors | $13,652.90 | $268.15 | $13,384.75 |
| 30 | RESURGENT RECEIVABLES LLC<br>»» 030 | Unsecured Creditors | $319.77 | $0.00 | $319.77 |
| 31 | RESURGENT RECEIVABLES LLC<br>»» 031 | Unsecured Creditors | $1,247.71 | $15.57 | $1,232.14 |
| 32 | RESURGENT RECEIVABLES LLC<br>»» 032 | Unsecured Creditors | $429.81 | $0.00 | $429.81 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 033 | Unsecured Creditors | $3,074.03 | $60.34 | $3,013.69 |
| 34 | BANK OF AMERICA NA<br>»» 034 | Unsecured Creditors | $3,088.45 | $60.67 | $3,027.78 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 035 | Unsecured Creditors | $997.07 | $17.24 | $979.83 |
| 36 | MARINER FINANCE LLC<br>»» 036 | Unsecured Creditors | $406.78 | $0.00 | $406.78 |
| 37 | RESURGENT CAPITAL SERVICES<br>»» 037 | Unsecured Creditors | $7,567.22 | $148.62 | $7,418.60 |
| 38 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | AFFIRM INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | PROSPER FUNDING LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | SANTANDER CONSUMER USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11866-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,000.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $9,138.43 | Arrearages: | ($280.00) |
| Paid to Trustee: | $755.50 | Total Plan Base: | $25,020.00 |
| Funds on Hand: | $106.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.